# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 25, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150527(10)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

MAURICE MARCEL SIMPKINS,
     Defendant-Appellant.

SC: 150527
COA: 323485
Wayne CC: 04-003956-FC

_____/

On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing its answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before October 20, 2015.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 25, 2015



Clerk